IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

REBECCA BLANCHETTE,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO.: 5:23-cv-25

**O R D E R**

Presently before the Court is Defendant's Consent Motion for Entry of Judgment With Remand.  Doc. 16.  Defendant seeks to have this cause remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g).  Upon consideration, the Court **GRANTS** Defendant's Motion.  The Court reverses the decision of the Acting Commissioner and remands this cause to the Acting Commissioner.  On remand, the Acting Commissioner is to: (1) obtain supplemental evidence from a vocational expert "to clarify the effect of the assessed limitations" on Plaintiff's occupational base, identify examples of appropriate jobs and the number of these jobs in the national economy, and identify and resolve any conflicts between the occupations evidence the vocational expert provides and the Dictionary of Occupational Titles and its companion publication, the Selected Characteristics of Occupations; (2) offer Plaintiff the opportunity for a hearing; (3) take any administrative action necessary to complete the record; and (4) issue a new decision.  Id. at 1–2.  The Court **DIRECTS** the Clerk of Court to

enter the appropriate judgment.

**SO ORDERED**, this 21st day of September, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA