AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

REBECCA BLANCHETTE,

Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-025

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 21, 2023, Defendant's Consent Motion for Entry of Judgment with Remand is granted. The Court reverses the decision of the Acting Commissioner and remands this cause under sentence four of 42 U.S.C. § 405(g).

This civil action stands closed.

Approved by: *[signature]*
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 21, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/2020